IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA CLEMENTONI, | : | |
|     Plaintiff | : | No. 4:12-cv-936 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| ALLIED INTERSTATE, INC., | : | (Chief Magistrate Judge Carlson) |
|     Defendant | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On May 18, 2012, Plaintiff filed the above-captioned action pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. (Doc. No. 1.) On November 21, 2012, Plaintiff accepted Defendant's Federal Rule 68 offer of judgment to settle her claims for $1,501.00, plus reasonable costs and attorneys' fees. (Doc. No. 30.) Plaintiff then moved the Court to award her attorneys' fees in the amount of $9,875.00. (Doc. No. 31.) Plaintiff's motion for attorneys' fees was referred to Chief Magistrate Judge Carlson, who issued a Report and Recommendation that recommended granting Plaintiff's motion in part. (Doc. No. 45.) No timely objections were filed.

**ACCORDINGLY,** on this 31st day of July 2013, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

    1.    The Report and Recommendation of Chief Magistrate Judge Carlson (Doc. No. 45) is **ADOPTED**;

    2.    Plaintiff's motion for attorneys' fees and costs (Doc. No. 31) is **GRANTED IN PART**, and the Clerk of Court is directed to enter judgment in favor of Plaintiff in the following amounts:

        COSTS:                                    $350.00
        STIPULATED OFFER OF JUDGMENT:    $1,501.00

|  |  |
|---|---|
| ATTORNEYS' FEES: | $7,314.00 |
| TOTAL: | $9,165.00 |

3. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania